```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04580
   ANTHONY M STEPHENS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5262


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/15/2007 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 05/01/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
JPMORGAN CHASE BANK        CURRENT MORTG          .00           .00             .00
JPMORGAN CHASE BANK        MORTGAGE ARRE     33426.88           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY           1723.15           .00             .00
ENTERPRISE RENTA CAR       UNSECURED         NOT FILED          .00             .00
DR TESTA                   UNSECURED         NOT FILED          .00             .00
DAWN M TURNER              UNSECURED         NOT FILED          .00             .00
FORD MOTOR CREDIT          NOTICE ONLY       NOT FILED          .00             .00
ST JAMES OLYMPIA FIELDS    UNSECURED         NOT FILED          .00             .00
NICOR GAS                  UNSECURED         NOT FILED          .00             .00
WELLS FARGO                NOTICE ONLY       NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         12572.21           .00             .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY            .00                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                .00
SECURED                                                 :00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                           ---------------        ---------------
TOTALS                           .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 04580 ANTHONY M STEPHENS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/24/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |